# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 23, 2020

### NO. 03-19-00587-CV

**Sarah Kennedy, Appellant**

**v.**

**Wal-Mart Stores Texas, LLC, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the final order signed by the trial court on August 2, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final order. Therefore, the Court affirms the trial court's final order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.